O

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

ABOLFAZL DELKHAHFAR,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

Case No. 5:26-cv-03649-SRM-DFM

Order Accepting Report and Recommendation of United States Magistrate Judge

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. The Report and Recommendation (Dkt. 10) is accepted.
2. The Petition for Writ of Habeas Corpus is GRANTED.
3. Respondents are ordered to immediately release Petitioner **Abolfazl Delkhahfar (A# 226-100-037)** from custody on the same conditions under which he was previously released.

4. Respondents are ordered to file a Notice of Release within five (5) days confirming that Petitioner has been released.

Date: July 16, 2026

SERENA R. MURILLO
United States District Judge