JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| ABOLFAZL DELKHAHFAR,<br>Petitioner,<br>v.<br>FERETI SEMAIA, et al.,<br>Respondents. | Case No. 5:26-cv-03649-SRM-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that:

1. The Petition for Writ of Habeas Corpus is GRANTED.

2. Respondents are ordered to immediately release Petitioner **Abolfazl Delkhahfar (A# 226-100-037)** from custody on the same conditions under which he was previously released.

3. Respondents are ordered to file a Notice of Release within five (5) days confirming that Petitioner has been released.

Date: July 16, 2026

SERENA R. MURILLO
United States District Judge